No. 98–6512. GONZALEZ-MENDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6545. BROWN v. CITY OF LITTLE ROCK, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–6596. BARBARO v. COLLERAN, ACTING SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.